12-10-00413 CV

IN THE SUPREME COURT OF TEXAS

-- -- -- --

FILED IN COURT OF APPEALS
12th Court of Appeals District

MAY 15 2013

TYLER TEXAS
CATHY S. LUSK, CLERK

NO. 12-0349

KEITH E. MILLER, M.D.
v.
STEVEN F. HOTZE, M.D.

§
§
§
§
§
§
§

Shelby County,

12th District.

March 29, 2013

Petitioner's petition for review, filed herein in the above numbered and styled case, having been duly considered, is ordered, and hereby is, denieddenied.

n

★ ★ ★ ★ ★ ★ ★ ★ ★ ★

I, BLAKE A. HAWTHORNE, Clerk of the Supreme Court of Texas, do hereby certify that the above and attached is a true and correct copy of the orders of the Supreme Court of Texas in the case numbered and styled as above, as the same appear of record in the minutes of said Court under the date shown.

It is further ordered that petitioner, KEITH E. MILLER, M.D., pay all costs incurred on this petition.

WITNESS my hand and seal of the Supreme Court of Texas, at the City of Austin, this the 10th day of May, 2013.

Blake A. Hawthorne

Blake A. Hawthorne, Clerk

By Kathy Sandoval, Deputy Clerk